IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| THERMAL ENGINEERING INTERNATIONAL (USA) INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 3:21-cv-05063-MDH |
| HYPRO, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is Defendant's Proposed Bill of Costs, wherein Defendant seeks an award of $7,243.25 for fees corresponding to printed or electronically recorded transcripts. (Doc. 55). Such fees are specifically allowable under 28 U.S.C. § 1920 (2). Plaintiff originally objected to Defendant's Bill of Costs, but Plaintiff has sought to withdraw its objections and indicates no dispute persists. (Doc. 57). Therefore, it is **ORDERED** that Plaintiff's Motion to withdraw is **GRANTED** and Defendant is awarded costs in the amount of $7, 243.25.

**IT IS SO ORDERED.**

Date: May 10, 2023

                                                               */s/ Douglas Harpool*
                                                               **DOUGLAS HARPOOL**
                                                               **UNITED STATES DISTRICT JUDGE**